IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00125-CR

 

Lutrill Amos Payne,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 54th District Court

McLennan County, Texas

Trial Court No. 2004-944-C

 



concurring  Opinion










 

      I concur in this Court’s judgment only
because the State agrees that we should reform the trial court’s judgment.  I
note, however, that Payne failed to preserve his complaint.  See Tex. R. App. P. 33.1(a).  The
majority’s holding that Payne need not have done so is not in accord with the
Texas Court of Criminal Appeals’s recent cases on the preservation of error.  See
Mendez v. State, 138 S.W.3d 334, 340-42 (Tex. Crim. App. 2004); Marin v.
State, 851 S.W.2d 275 (Tex. Crim. App. 1993).  The Court of Criminal
Appeals has set out the remedy for error in the judgment.  See Ex parte
Ybarra, 149 S.W.3d 147, 148-49 (Tex. Crim. App. 2004) (per curiam).

                                                            TOM
GRAY

                                                            Chief
Justice

Concurring
opinion delivered and filed December 14, 2005

Do
not publish

[CR25]